IN RE: ROBERT BROWER, SR.
CASE NO: 15-50801

CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in Los Angeles, CA, I am over the age of eighteen years and not a party to the within action; that my business address is 333 S. Hope Street, 43rd Floor, Los Angeles, CA that on the date set out below, I served a copy of:

**MUFG UNION BANK, N.A.'S COMPLAINT FOR: (I) DETERMINATION OF NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(B), AND 523(a)(4); AND (II) DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2), and 727(a)(3)**

on the following persons via ECF:

Scott L. Goodsell    sgoodsell@campeaulaw.com
William J. Healy    whealy@campeaulaw.com
Michael Lauter    mlauter@sheppardmullin.com
Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
Steven B. Sacks    ssacks@sheppardmullin.com

I also certify that on the date indicated below, I caused the foregoing document to be served on the following persons via U.S. Mail by placing same in the U.S. Mail, first class, postage prepaid, addressed to:

Debtor
Robert S. Brower, Sr.
PO Box 222422
Carmel, CA 93922-2422
Monterey, CA

U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Debtor's Counsel
Scott L. Goodsell
William J. Healy
Campeau, Goodsell Smith
440 N. 1st St. #100
San Jose, CA 95112

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on AUGUST 14, 2015, at Los Angeles, CA.

    */s/ Janice Silvernail*
    Janice Silvernail