

To: ssacks@sheppardmullin.com, esalameh@fentonkeller.com, whealy@campeaulaw.com, ddoss@fentonkeller.com, lWeedn@sheppardmullin.com, JNakaso@sheppardmullin.com, davidbalch@gmail.com, mlauter@sheppardmullin.com, Anna C. Rosales/CANB/09/USCOURTS@USCOURTS,

Cc:

Bcc:

Subject: MUFG Union Bank v. Brower (15-5119) - Discovery Dispute Hearing

From: ████████████████████████████ - Tuesday 05/17/2016 01:51 PM

Counsel,

I am in receipt of the May 17, 2016 letter from Patricia Brower on behalf of American Commercial Properties, Inc. ("ACP"), and the email correspondence from Mr. Healy, Mr. Sacks, and Mr. Salameh regarding a continuance of the May 20, 2016 discovery conference. Please be advised that the discovery conference will be continued to **Friday, May 27, 2016 at 4 pm.** The discovery conference shall be held at the US Bankruptcy Court located at 280 S. First Street, San Jose, California, in courtroom 3020. With the exception of Mrs. Brower, all parties are to appear in person at the discovery conference. Mrs. Brower may contact my courtroom deputy, Anna Rosales (copied on this message), to request an appearance by phone or video.

As to the issue of whether ACP received proper service of the subpoenas, I direct the parties attention to FRBP 7004(b)(3) which provides for service on a domestic corporation by first class mail to the attention of any agent authorized by appointment or by law to receive service of process. California Corporations Code sec. 1502(b) requires the statement of information for every corporation to designate an agent of the corporation for the purpose of service of process. This is supplemented by California Corporations Code sec. 1504 which requires a corporation who has designated a natural person as its agent for service of process to file forthwith a designation of a new agent if the designated agent resigns. As of today's date, the California Business Search available on the California Secretary of State's website identifies Marshall Pearlman as the agent for service of process for ACP. Service of the subpoenas to Mr. Pearlman as ACP's agent is not in dispute, and is stated to have occurred on March 8, 2016. As such, ACP received service of the subpoenas over two months ago. Accepting Mrs. Brower's representation that she has "only recently been informed that my company may be involved in the above action," this raises significant concerns regarding who is receiving, and inter receding to withhold, information on ACP's behalf.

The parties may stipulate to a further extension of the discovery hearing, provided that the terms of such stipulation are in writing and filed with the court no later than Friday, May 27, 2016 at 9 am.

Mr. Healy, as the letter provided by Mrs. Brower only contains a PO Box, please forward this email or otherwise provide a copy of this email to Mrs. Brower upon receipt.

Elaine Hammond

United States Bankruptcy Judge
Northern District of California
San Jose Division