**American Commercial Properties, Inc.**
**P.O. Box 22918**
**Carmel, California 93922**

May 17, 2016

Hon. M. Elaine Hammond
Federal Court
San Jose, California

                         Re: In re: Robert S. Brower, Sr
                               U.S.B.C. (ND CA), Case No. 15-50801

                               MUFG Union Bank, N.A. v Robert Brower Sr
                               U.S.B.C. (ND CA), AP Case No. 15-05119

Dear Judge Hammond:

    I am writing this letter to you because I have only recently been informed that my company may be involved in the above action. I have not been able to hire adequate counsel that can represent my company and that I can reasonable afford. I have not been served with any documents and do not know if service has been attempted.

    My difficulties are that I am disabled and require assistance to be able to meet and interview an attorney that can represent me. I am requesting a 30 day period of time to obtain counsel and request that any meeting concerning my company be delayed until such time as I can be represented by competent counsel.

    Thank you for your consideration.

                                Sincerely,

                                Patricia Brower
                                President