UNITED STATES BANKRUPTCY COURT

For The Northern District Of California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50801-MEH |
| | Chapter 11 |
| Robert S. Brower, Sr. | |
| Debtor(s). | |
| MUFG Union Bank, N.A., | Adversary No. 15-05119 |
| Plaintiff(s). | |
| vs. | |
| Robert Brower, Sr., | |
| Defendant(s). | |

**ORDER FOR WITHDRAWAL**
**OR DISPOSAL OF EXHIBITS OR DOCUMENTS**

Trial of the above action was concluded on February 22, 2017 and the court has rendered it's decision. No appeal or further proceedings are pending.

IT IS ORDERED that all parties who submitted exhibits may contact Angela Wong at 408-278-7569 to arrange for the withdrawal of exhibits. Notice shall be given by the requesting party as required by Civil Local rule 79-4. If no objection is received, the Clerk will release the exhibits to the requesting party at the expiration of 10 days notice as required by Civil Local Rule 79-4.

1

IT IS HEREBY FURTHER ORDERED that, pursuant to Civil Local Rule 79-4, the Clerk may dispose of all exhibits and transcripts which are not withdrawn within 20 days after the date of this order.

DATED: 5/25/18

/s/ M. Elaine Hammond
UNITED STATES BANKRUPTCY JUDGE

**COURT SERVICE LIST**

William J. Healy

Campeau, Goodsell and Smith

440 N 1st St. #100

San Jose, CA 95112